IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
                        Plaintiff, )
vs. )   CR 06-1080-FRZ-GEE
)
Antonio Ortiz-Perez )   CONSENT OF DEFENDANT
)   AND
)   ORDER OF REFERRAL
                        Defendant. )
)

### ORDER OF REFERRAL

Defendant _Antonio Ortiz-Perez_ having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge _Edmonds_ to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

(A) whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
U.S. District Judge

### CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral:

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney